IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARNELL RICHARD SMITH** | : **CIVIL ACTION** |
| v. | : NO. 18-591 |
| **WELLES FARGO DEALER SERVICES**, *et al.* | |

## ORDER

**AND NOW**, this 26th day of February 2018, upon considering Plaintiff's Motion to proceed *in forma pauperis* (ECF Doc. No. 1), his *pro se* Complaint (ECF Doc. No. 1-2) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff is **GRANTED** leave to proceed *in forma pauperis*;

2. The Complaint is **DISMISSED with prejudice**; and,

3. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.